IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AQUA CONNECT, INC. and STRATEGIC
TECHNOLOGY PARTNERS, LLC

Plaintiffs,

v.

TEAMVIEWER US, LLC,

Defendant.

C.A. No. 18-cv-01572-MN

JURY TRIAL DEMANDED

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION

WHEREAS, on October 11, 2018 Plaintiffs Aqua Connect, Inc. and Strategic Technology Partners, LLC (collectively "Plaintiffs") filed a Complaint for Patent Infringement (D.I. 1);

WHEREAS, on October 16, 2018 Plaintiffs served the Summons and Complaint upon Defendant TeamViewer ("Defendant") and the response to the Complaint was due on November 6, 2018 (D.I. 5);

WHEREAS, on November 8, 2018 Plaintiffs' filed a Request for Clerk's Entry of Default (D.I. 7);

WHEREAS, on November 9, 2018 Clerk's Entry of Default was entered against Defendant for failure to respond to the Complaint (D.I. 8);

WHEREAS, on November 20, 2018 Plaintiffs filed a Motion for Default Judgment and Entry of Protective Order (D.I. 9) and Opening Brief (D.I. 10);

WHEREAS, on November 20, 2018 the Court issued an Oral Order deleting the Motion for Default Judgment and Entry of Protective Order (D.I. 9) and Opening Brief (D.I. 10) due to incomplete service on the Defendant being indicated in the certificate of service and ordered that the documents be served directly on the Defendant and that the certificate of service then be

EAST\162730081.1

corrected and refiled by November 30, 2018 (D.I. 11);

WHEREAS, on November 21, 2018 Plaintiffs filed an Affidavit of Service indicating service of Plaintiffs' Motion for Entry of Judgment and a Protective Order directly on Defendant on November 21, 2018 (D.I. 12);

WHEREAS, Defendant's initial failure to respond to the Complaint was inadvertent, not intentional, and no prejudice has accrued to Plaintiffs;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel, subject to the approval of the Court, that:

(1)  the Clerk's Entry of Default on November 9, 2018 (D. I. 8) is vacated; and

(2)  the time for Defendant to respond to the Complaint is extended to December 14, 2018.

Dated: November 30, 2018

**STAMOULIS & WEINBLATT LLC**                    **DLA Piper LLP (US)**


*/s/ Stamatios Stamoulis*                                   */s/ Denise S. Kraft*
Stamatios Stamoulis (DE Bar No. 4606)           Denise S. Kraft (DE Bar No. 2778)
Richard C. Weinblatt (DE Bar No. 5080)          Brian A. Biggs (DE Bar No. 5591)
Two Fox Point Centre                                       1201 North Market Street, Suite 2100
6 Denny Road, Suite 307                                   Wilmington, DE 19801
Wilmington, DE 19809                                       Tel: (302) 468-5700
Tel: (302) 999-1540                                          denise.kraft@dlapiper.com
Stamoulis@swdelaw.com                                  brian.biggs@dlapiper.com
Weinblatt@swdelaw.com

*Attorneys for Defendant TeamViewer US, LLC*

*Attorneys for Plaintiff Aqua Connect, Inc.,*
*and Strategic Technology Partners, LLC*




SO ORDERED this __ day of November, 2018


                                                          _____
                                                          United States District Court Judge

EAST\162730081.1