## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AQUA CONNECT, INC. and STRATEGIC TECHNOLOGY PARTNERS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TEAMVIEWER US, LLC, <br><br> Defendant. | C.A. No.  18-01572-MN |

### DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Federal Rule of Civil Procedure 12(c), Defendant TeamViewer US, LLC ("TeamViewer"), by and through its undersigned counsel, respectfully moves this Court for entry of judgment on the pleadings in TeamViewer's favor, holding that the asserted claims are invalid under 35 U.S.C. § 101 as directed to patent-ineligible subject matter.

The grounds for this motion are set forth in TeamViewer's Opening Brief filed herewith.

Dated:  September 6, 2019

Of Counsel:

William L. Bartow (admitted *Pro Hac Vice*)
Darius C. Gambino (admitted *Pro Hac Vice*)
DLA Piper LLP (US)
1650 Market Street, Suite 4900
Philadelphia, PA 19103
Tel: (215) 665-3300
william.bartow@dlapiper.com
darius.gambino@dlapiper.com

**DLA PIPER LLP (US)**

*/s/ Denise S. Kraft*
Denise S. Kraft (DE Bar No. 2778)
Brian A. Biggs (DE Bar No. 5591)
Erin E. Larson (DE Bar No. 6616)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Tel: (302) 468-5700
denise.kraft@dlapiper.com
brian.biggs@dlapiper.com
erin.larson@dlapiper.com

*Attorneys for Defendant*
*TeamViewer US, LLC*

Carrie L. Williamson (admitted *Pro Hac Vice*)
DLA Piper LLP (US)
2000 University Avenue
East Palo Alto, California 94303-2214
Tel: (650) 833-2044
carrie.williamson@dlapiper.com