IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AQUA CONNECT, INC. a Nevada corporation, and STRATEGIC TECHNOLOGY PARTNERS, LLC, a Nevada limited liability company,<br><br>    Plaintiffs,<br><br>  v.<br><br>TEAMVIEWER US, LLC,<br><br>    Defendant. | C.A. No.  18-01572-MN<br><br>**LEAD CASE** |
| AQUA CONNECT, INC., a Nevada corporation, and STRATEGIC TECHNOLOGY PARTNERS, LLC, a Nevada limited liability company,<br><br>    Plaintiffs,<br><br>  v.<br><br>TEAMVIEWER GmbH,<br><br>    Defendant. | C.A. No.  19-2286-MN |

## IDENTIFICATION OF RELEVANT CASES

Plaintiffs Aqua Connect, Inc. and Strategic Technology Partners, LLC hereby identify *Uniloc USA, Inc. v. LG Elecs. USA, Inc.*, 957 F.3d 1303 (Apr. 30, 2020) in response to the Court's Order regarding the August 20, 2020 hearing (Dkt. 132).

Dated: August 13, 2020

                                **STAMOULIS & WEINBLATT LLC**

                                */s/ Stamatios Stamoulis*
                                Stamatios Stamoulis (DE Bar No. 4606)
                                Richard C. Weinblatt (DE Bar No. 5080)
                                800 N. West Street – Third Floor
                                Wilmington, DE 19801
                                Tel: (302) 999-1540
                                Stamoulis@swdelaw.com
                                Weinblatt@swdelaw.com

                                Lawrence Hadley (admitted *pro hac vice*)
                                Glaser Weil Fink Howard Avchen & Shapiro
                                10250 Constellation Blvd. Fl 19
                                Los Angeles, CA 90067-6219
                                Telephone: (301) 785-3535
                                lhadley@glaserweil.com

                                Ryan E. Hatch (admitted *pro hac vice*)
                                LAW OFFICE OF RYAN E. HATCH, PC
                                13323 Washington Blvd, Suite 100
                                Los Angeles, CA 90066
                                Telephone: 310-279-5076
                                Fax: 310-693-5328
                                ryan@ryanehatch.com

                                *Attorneys for Plaintiff Aqua Connect, Inc.,*
                                *and Strategic Technology Partners, LLC*