# EXHIBIT 1

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AQUA CONNECT, INC.**, a Nevada Corporation, and **STRATEGIC TECHNOLOGY PARTNERS, LLC**, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>**TEAMVIEWER US, INC.**,<br><br>Defendant. | C.A. No. 1:18-cv-01572-MN<br><br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |
| **AQUA CONNECT, INC.**, a Nevada Corporation, and **STRATEGIC TECHNOLOGY PARTNERS, LLC**, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>**TEAMVIEWER GERMANY GMBH**,<br><br>Defendant. | C.A. No. 1:19-cv-02286-MN<br><br>**JURY TRIAL DEMANDED** |

**REPLY EXPERT REPORT OF DR. MICHAEL SHAMOS, PH.D., J.D. CONCERNING INFRINGEMENT**

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

Additional users are shown in the spreadsheets of US device installations produced by TeamViewer, for example at TEAM0014732, TEAM0016585, and TEAM0016754.

### F. Mach-Derived Systems and Computing Devices

15. In ¶¶ 74-91, Dr. Goldberg asserts that there is no evidence that TV has been used on any Mach-derived system or Mach-derived computing device. I do not understand TV to have ever disputed that Mac OS and iOS are Mach-derived. That much is advertised by Apple itself, and supporting statements can be found in TV's own interrogatory responses. Further, in a March 6, 2017 response to the Notice of Allowance, the Applicant noted that "Mach-derived operating systems include Apple's OS X and iOS operating systems."

16. In ¶ 78, Dr. Goldberg asserts, correctly as far as I know, that TV does not supply operating systems or operating system kernels. However, I cannot see any relevance to that fact. TV supplies software specifically designed to work under Mach-derived operating systems.

17. In ¶¶ 79-80, Dr. Goldberg seems to say that I did not identify any "particular accused system." I submit that the statement is not correct, for I identified versions of Mac OS and iOS under which the Accused Instrumentalities operate.

18. Apple's "Kernel Programming Guide"[2] contains a section entitled "Mach Overview," which states that "The fundamental services and primitives of the OS X kernel are based on Mach 3.0." It would be difficult to imagine a clearer statement. Furthermore, it is established in the Lévénez timeline cited in ¶ 122 of Shamos II that iOS is Mach-derived.

19. Apple's TN2083 (AQUA_000001), which TV cites as an invalidity reference, contains 58 references to "Mach" in connection with Mac OS and iOS. There can be no serious

---

[2] Available at https://developer.apple.com/library/archive/documentation/Darwin/Conceptual/KernelProgramming/Mach/Mach.html