## CERTIFICATE OF SERVICE

I, Brian A. Biggs, hereby certify that on this 18th day of April, 2022, a copy of the foregoing **DEFENDANTS' LETTER TO THE HONORABLE MARYELLEN NOREIKA FROM BRIAN A. BIGGS REGARDING MOTION TO STRIKE** was sent to the following counsel of record via electronic mail:

Stamatios Stamoulis
Richard C. Weinblatt
**STAMOULIS & WEINBLATT LLC**
800 N. West Street, Third Floor
Wilmington, Delaware 19801
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Lawrence M. Hadley
**GLAER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP**
10250 Constellation Blvd.
19th Floor, Los Angeles, CA 90067
lhadley@glaserweil.com

Ryan E. Hatch
**LAW OFFICES OF RYAN E.
 HATCH, PC**
13323 Washington Blvd., Suite 100
Los Angeles, CA 90066
ryan@ryanehatch.com

Stephen Underwood
**GLAER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP**
520 Newport Center Drive, Suite 420
Newport Beach, CA 92660
sunderwood@glaserweil.com

**DLA PIPER LLP (US)**

*/s/ Brian A. Biggs*
Brian A. Biggs (DE Bar No. 5591)