IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AQUA CONNECT, INC. and STRATEGIC TECHNOLOGY PARTNERS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TEAMVIEWER US, INC. and TEAMVIEWER GERMANY GMBH,<br><br>Defendants. | C.A. No. 18-01572-MN<br>Consolidated |

# VERDICT FORM

# INSTRUCTIONS

In answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question.

As used herein:

1. "The '386 Patent" refers to U.S. Patent Number RE46,386; and

2. "The '502 Patent" refers to U.S. Patent Number 8,924,502.

These two patents are together sometimes referred to as "the Patents-in-Suit."

"Aqua Connect" refers to Plaintiffs Aqua Connect, Inc. and Strategic Technology Partners, LLC. "TeamViewer" refers to Defendants TeamViewer US, Inc. and TeamViewer Germany GmbH.

1

## INFRINGEMENT OF THE PATENTS-IN-SUIT

**Question No. 1:**  Did Aqua Connect prove by a preponderance of the evidence that TeamViewer directly infringes any of the following claims of the Patents-in-Suit listed below?

|  | Yes<br>(for Aqua Connect) | No<br>(for TeamViewer) |
|---|---|---|
| **The '502 Patent (MacOS Version):** | | |
| Claim 25 | _____ | _____ |
| Claim 27 | _____ | _____ |
| **The '502 Patent (iOS Version):** | | |
| Claim 25 | _____ | _____ |
| Claim 27 | _____ | _____ |
| **The '386 Patent (MacOS Version):** | | |
| Claim 25 | _____ | _____ |
| Claim 27 | _____ | _____ |
| **The '386 Patent (iOS Version):** | | |
| Claim 25 | _____ | _____ |
| Claim 27 | _____ | _____ |

**Question No. 2:**   Did Aqua Connect prove by a preponderance of the evidence that TeamViewer induces infringement of any of the following claims of the Patents-in-Suit listed below?

|  | **Yes**<br>**(for Aqua Connect)** | **No**<br>**(for TeamViewer)** |
|---|---|---|
| **The '502 Patent (MacOS Version):** | | |
| Claim 25 | _____ | _____ |
| Claim 27 | _____ | _____ |
| **The '502 Patent (iOS Version):** | | |
| Claim 25 | _____ | _____ |
| Claim 27 | _____ | _____ |
| **The '386 Patent (MacOS Version):** | | |
| Claim 25 | _____ | _____ |
| Claim 27 | _____ | _____ |
| **The '386 Patent (iOS Version):** | | |
| Claim 25 | _____ | _____ |
| Claim 27 | _____ | _____ |

**Question No. 3:**   Did Aqua Connect prove by a preponderance of the evidence that TeamViewer contributes to infringement of any of the following claims of the Patents-in-Suit listed below?

|  | **Yes**<br>**(for Aqua Connect)** | **No**<br>**(for TeamViewer)** |
|---|---|---|
| **The '502 Patent (MacOS Version):** | | |
| Claim 25 | _____ | _____ |
| Claim 27 | _____ | _____ |
| **The '502 Patent (iOS Version):** | | |
| Claim 25 | _____ | _____ |
| Claim 27 | _____ | _____ |
| **The '386 Patent (MacOS Version):** | | |
| Claim 25 | _____ | _____ |
| Claim 27 | _____ | _____ |
| **The '386 Patent (iOS Version):** | | |
| Claim 25 | _____ | _____ |
| Claim 27 | _____ | _____ |

## INVALIDITY OF THE PATENTS-IN-SUIT

**Question No.4:** Did TeamViewer prove by clear and convincing evidence that one or more of the following claims of the '502 Patent or the '386 Patent is invalid because it is anticipated?

|  | Yes<br>(for TeamViewer) | No<br>(for Aqua Connect) |
|---|---|---|
| **The '502 Patent:** | | |
| Claim 25 | _____ | _____ |
| Claim 27 | _____ | _____ |
| **The '386 Patent** | | |
| Claim 25 | _____ | _____ |
| Claim 27 | _____ | _____ |

**Question No. 5:** Did TeamViewer prove by clear and convincing evidence that one or more of the following claims of the '502 Patent or the '386 Patent is invalid because it would have been obvious to a person of ordinary skill in the art at the time of the claimed invention?

|  | Yes<br>(for TeamViewer) | No<br>(for Aqua Connect) |
|---|---|---|
| **The '502 Patent:** | | |
| Claim 25 | _____ | _____ |
| Claim 27 | _____ | _____ |
| **The '386 Patent** | | |
| Claim 25 | _____ | _____ |
| Claim 27 | _____ | _____ |

# **DAMAGES**

*Answer these questions only if you find that at least one of the claims of the Patents-in-Suit is infringed and not invalid. If you answered "Yes" to Question Nos. 1, 2 or 3 (patent infringement) and "No" to Questions Nos. 4 and 5 (invalidity) for any one or more claims, you must answer Question Nos. 6 and 7. Otherwise, skip to the end of the Verdict Form.*

**Question No. 6**   What amount of damages has Aqua Connect proven by a preponderance of the evidence it is entitled to recover?

$ _____

**Question No. 7**   Is the number you provided above in Question No. 6 a lump sum or a running royalty? (Choose one).

Lump Sum           _____

Running Royalty    _____

## **UNANIMOUS VERDICT**

*Upon reaching a unanimous verdict on each question above, each juror must sign below, and the foreperson should add the date.*

We, the jury, unanimously agree to the answers to the above questions and return them under the instructions of this Court as our verdict in this case.

Foreperson   _____

Juror   _____

Juror   _____

Juror   _____

Juror   _____

Juror   _____

Juror   _____

August __, 2022.