**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

AQUA CONNECT, INC. a Nevada corporation, and STRATEGIC TECHNOLOGY PARTNERS, LLC, a Nevada limited liability company,

Plaintiffs,

v.

TEAMVIEWER US, Inc. and TEAMVIEWER GERMANY GMBH,

Defendants.

C.A. No. 18-01572-MN

Consolidated

**JOINT POST-TRIAL STATUS REPORT**

Plaintiffs Aqua Connect, Inc. and Strategic Technology Partners, LLC (collectively, "Aqua Connect" or "Plaintiffs") and defendants TeamViewer US, Inc. and TeamViewer Germany GmbH (collectively, "TeamViewer" or "Defendants") submit this Joint Post-Trial Status Report following the August 12, 2022 jury verdict (D.I. 269), pursuant to Paragraph 21 of the Scheduling Order, D.I. 23.

The parties agree that all briefing on post-trial motions shall proceed as directed in Paragraph 22 of the Scheduling Order, namely that both sides are limited to a maximum of 20 pages of opening briefs, 20 pages of answering briefs, and 10 pages of reply briefs relating to any post-trial motions filed by that side, no matter how many such motions are filed.

Aqua Connect's Post-Trial Motion. Aqua Connect intends to file a post-trial motion to alter or amend the judgment to include prejudgment interest. For avoidance of doubt, Aqua Connect reserves post-judgment interest and costs. Post-judgment interest will be assessed following determination of the time of payment, and costs may be assessed within 14 days after

the time for appeal is expired or within 14 days after issuance of the mandate of the appellate court, pursuant to Local Rule 54.1. Aqua Connect may also file a motion for attorneys' fees and costs.

TeamViewer's Post-Trial Motions. TeamViewer currently intends renewing its motions for judgment as a matter of law under Rule 50(b), and/or seeking a new trial under Rule 59, and/or remittitur, including as follows:

- Motion for judgment as a matter of law and/or motion for a new trial regarding noninfringement and invalidity of claims 25 and 27 of U.S. Patent No. RE46,386 (the "'386 patent") and claims 25 and 27 of U.S. Patent No. 8,924,502 (the "'502 patent") (collectively, the "asserted patents" or "asserted claims");
- Motion for a new trial and/or remittitur as to damages;
- To the extent not already addressed, motion for a new trial on the grounds that the jury verdict was against the weight of evidence, the damages award was excessive, and the trial was unfair and prejudicial;
- Motion for attorneys' fees and costs; and
- Motion to stay any enforcement of the judgment pending post-trial motions and/or appeal, including any motion regarding bond.

Respectfully submitted,

Dated: August 19, 2022

**STAMOULIS & WEINBLATT LLC**

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (DE Bar No. 4606)
Richard C. Weinblatt (DE Bar No. 5080)
800 N. West Street, Third Floor

**DLA PIPER LLP (US)**

*/s/ Brian A. Biggs*
Brian A. Biggs (DE Bar No. 5591)
Erin E. Larson (DE Bar No. 6616)
1201 North Market Street, Suite 2100

Wilmington, DE 19801
Tel: (302) 999-1540
Stamoulis@swdelaw.com
Weinblatt@swdelaw.com

*Attorneys for Plaintiff Aqua Connect, Inc., and Strategic Technology Partners, LLC*

Wilmington, DE 19801
Tel: (302) 468-5700
brian.biggs@dlapiper.com
erin.larson@dlapiper.com

*Attorneys for Defendants TeamViewer US, Inc. and TeamViewer Germany GmbH*