IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AQUA CONNECT, INC. a Nevada corporation, and STRATEGIC TECHNOLOGY PARTNERS, LLC, a Nevada limited liability company,<br><br>      Plaintiffs,<br><br>    v.<br><br>TEAMVIEWER US, Inc. and TEAMVIEWER GERMANY GMBH,<br><br>      Defendants. | C.A. No.  18-01572-MN<br><br>Consolidated |

## JUDGMENT IN A CIVIL ACTION

  The court has ordered that the plaintiffs Aqua Connect Inc. and Strategic Technology Partners LLC recover from the defendants TeamViewer Germany GmbH and TeamViewer US Inc. the amount of Five Million Seven Hundred Thousand dollars ($5,700,000).

  This judgment does not include pre-judgment interest, post-judgment interest or costs, which are reserved.  Aqua Connect may seek to amend the judgment to include pre-judgment interest.  Post-judgment interest will be assessed following determination of the time of payment, and costs may be assessed within 14 days after the time for appeal is expired or within 14 days after issuance of the mandate of the appellate court, pursuant to Local Rule 54.1.

  This action was tried by a jury with Judge Maryellen Noreika presiding, and the jury has rendered a verdict.

Date: _____

*CLERK OF COURT*

_____