IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AQUA CONNECT, INC. and STRATEGIC          )
TECHNOLOGY PARTNERS, LLC,                  )
                                           )
          Plaintiffs,                      )
                                           )
     v.                                    )        C.A. No.  18-01572-MN
                                           )        Consolidated
TEAMVIEWER US, INC. and                    )
TEAMVIEWER GERMANY GMBH,                    )
                                           )
          Defendants.                      )

## JUDGMENT FOLLOWING JURY VERDICT

This 22nd day of August 2022, the Court having held a jury trial and the jury having

rendered a unanimous verdict on August 12, 2022 (*see* D.I. 269), pursuant to Rule 58(b) of the

Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

1.      Judgment is entered in favor of Plaintiffs Aqua Connect, Inc. and Strategic

Technology Partners, LLC (collectively, "Plaintiffs") and against TeamViewer US, Inc. and

TeamViewer Germany GmbH (collectively, "Defendants") that Defendants directly infringe,

induce infringement and contribute to the infringement of claims 25 and 27 of U.S. Patent No.

8,924,502 ("the '502 Patent") and claims 25 and 27 of U.S. Patent No. RE46,386 ("the '386

Patent");

2.      Judgment is entered in favor of Plaintiffs and against Defendants that claims 25 and

27 of the '502 Patent and claims 25 and 27 of the '386 Patent are not invalid as anticipated;

3.      Judgment is entered in favor of Plaintiffs and against Defendants that claims 25 and

27 of the '502 Patent and claims 25 and 27 of the '386 Patent are not invalid as obvious; and

4.      Judgment is entered in favor of Plaintiffs that Defendants for damages in the

amount of $5,700,000 in the form of a lump sum for Defendants' infringement.

IT IS FURTHER ORDERED that this Judgment shall have the effect of denying as moot all other motions made by the parties pursuant to Rule 50(a) of the Federal Rules of Civil Procedure.

IT IS STILL FURTHER ORDERED that the deadline for any party to move for costs and attorneys' fees (including under 35 U.S.C. § 285) is extended to within fourteen (14) days after the time for appeal has expired or within fourteen (14) days after issuance of the mandate from the appellate court, and no party shall file any such motion before that time.

The Honorable Maryellen Noreika
United States District Judge