

DLA Piper LLP (US)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

Brian Biggs
Brian.Biggs@dlapiper.com
T   302.468.5661
F   302.778.7813

February 22, 2023

The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19
Room 4324
Wilmington, DE 19801-3555

**Re:**   *Aqua Connect, Inc. v. TeamViewer US, Inc.*, C.A. No. 18-1572-MN
<u>Notice of Orders Granting Requests for *Ex Parte* Reexamination</u>

Dear Judge Noreika:

On behalf of Defendants TeamViewer US, Inc. and TeamViewer Germany GmbH, we hereby notify the Court that the United States Patent Office has granted reexamination of claims 25 and 27 of U.S. Patent No. 8,924,502 ("the '502 Patent") and claims 25 and 27 of U.S. Patent No. RE46,386 ("the '386 Patent").  The Patent Office found substantial new questions of patentability of each of these four claims.  Copies of the Decisions on Request for Reexamination of each patent are attached hereto for the Court's convenience.

According to the Patent Office's communication, the patent owner has two months from February 10, 2023 to file an optional Patent Owner's Statement to each decision (which is subject to extension upon request).  Requester then has two months from the filing of any Optional Patent Owner Statement to respond (no extension is permitted).  Thereafter, we would expect the Patent Office to issue an Office Action.

Respectfully submitted,

*/s/ Brian A. Biggs*

Brian A. Biggs (DE Bar No 55911)
*Attorneys for Defendants TeamViewer US, Inc. and TeamViewer Germany GmbH*

cc: All Counsel of Record (via CMECF)

EAST\200931017.1