IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AQUA CONNECT, INC. a Nevada corporation, and STRATEGIC TECHNOLOGY PARTNERS, LLC, a Nevada limited liability company,<br><br>        Plaintiffs,<br><br>    v.<br><br>TEAMVIEWER US, INC.,<br><br>        Defendant. | C.A. No.  18-01572-MN<br><br>**LEAD CASE** |

## PLAINTIFFS' MOTION FOR LIMITED EXEMPTION FROM THE STANDING ORDER REGARDING PERSONAL ELECTRONIC DEVICES

Plaintiffs Aqua Connect, Inc. and Strategic Technology Partners, LLC move for an order to exempt Lawrence Hadley from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order").  In support of this Motion, Defendant states as follows:

    1.    The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require inter alia, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain

1

exemptions to the Standing Order.

2. A motion hearing is scheduled for June 27, 2024 in Courtroom 4A.

3. Lawrence Hadley, lead counsel, will be attending the motion hearing and will require access to his electronic devices. Mr. Hadley has been admitted pro hac vice in this matter but he does not have access to a state-issued bar card.

WHEREFORE, Aqua Connect, Inc. and Strategic Technology Partners, LLC respectfully requests that the Court issue an order, in the form attached hereto, to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order.

Dated: June 26, 2024

STAMOULIS & WEINBLATT LLC

/s/ Stamatios Stamoulis
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff Aqua Connect, Inc., and Strategic Technology Partners, LLC*

SO ORDERED this 27th day of June 2024.

_____
The Honorable Maryellen Noreika
United States District Judge