## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AQUA CONNECT, INC., a Nevada corporation, and STRATEGIC TECHNOLOGY PARTNERS, LLC, a Nevada limited liability company, <br><br>              Plaintiffs, <br><br>       v. <br><br> TEAMVIEWER US, INC., <br><br>              Defendant. | C.A. No. 18-01572-MN <br><br> **LEAD CASE** |
| AQUA CONNECT, INC., a Nevada corporation, and STRATEGIC TECHNOLOGY PARTNERS, LLC, a Nevada limited liability company, <br><br>              Plaintiffs, <br><br>       v. <br><br> TEAMVIEWER GmbH, <br><br>              Defendant. | C.A. No. 19-2286-MN |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of June 27, 2024, Plaintiffs Aqua Connect, Inc. and Strategic Technology Partners, LLC (collectively, "Aqua Connect" or "Plaintiffs") and defendants TeamViewer US, Inc. and TeamViewer GmbH (collectively, "TeamViewer" or "Defendants") submit this Joint Status Report.

On October 10, 2024, and October 15, 2024, the U.S. Patent and Trademark Office served Notices of Intent to Issue Reexamination Certificates confirming the patentability of the patents and claims at issue in this case—claims 25 and 27 of U.S. Patent No. RE46,386, and claims 25 and 27 of U.S. Patent No. 8,924,502. *See* Exhs. 1 and 2.

1

In light of the foregoing, the parties' joint proposal for proceeding with the retrial on damages are set forth in the table below:[1]

**Proposed Schedule:**

| Event | Parties' Joint Proposed Dates |
|---|---|
| TeamViewer's Production of Supplemental Financial Information | November 22, 2024 |
| Aqua Connect to serve supplemental damages expert report[2] | December 20, 2024 |
| TeamViewer to serve rebuttal supplemental damages expert report | January 17, 2025 |
| Pretrial disclosures, including motions *in limine*, Daubert motions, joint witness lists, joint exhibit lists, joint jury instructions, and joint verdict form | February 24, 2025 |
| Pretrial Conference | March 27, 2025 |
| Trial[3] | March 31, 2025 |

---

[1] Aqua Connect moved for Reargument [D.I. 298] of this Court's September 29, 2023, Memorandum Opinion (D.I. 296) on one issue—the Court's decision setting aside the jury's verdict of direct infringement of the two "system claims"—claim 27 of the '502 patent and claim 27 of the '386 patent—only as to the macOS software in the accused TeamViewer product. In the motion, Aqua Connect further requested reinstatement of the jury's damages award. On June 27, 2024, the Court heard but did not decide Aqua Connect's motion. Instead, the Court stayed the case pending the *ex parte* reexamination. That motion remains pending, but Aqua Connect proposes that that Court move forward with setting a new trial on damages as set forth below.

[2] The parties agree that Supplemental Expert Reports and Rebuttal will be limited to revisions that reflect the Court's opinion in its post-trial Memorandum Opinion (D.I. 296) and TeamViewer's supplemental financial information.

[3] The parties agree that time limits for the retrial should be set at 5 hours per side plus 30 minutes for opening and 30 minutes for closing per side.

Dated: October 30, 2024

**STAMOULIS & WEINBLATT LLC**

/s/ Stamatios Stamoulois
Stamatios Stamoulois (DE Bar No. 4606)
Richard C. Weinblatt (DE Bar No. 5080)
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Tel: (302) 999-1540
Stamoulis@swdelaw.com
Weinblatt@swdelaw.com

*Attorneys for Plaintiff Aqua Connect, Inc.,*
*and Strategic Technology Partners, LLC*

**DLA PIPER LLP (US)**

/s/ Brian A. Biggs
Brian A. Biggs (DE Bar No. 5591)
Angela C. Whitesell (DE Bar No. 5547)
Erin E. Larson (DE Bar No. 6616)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Tel: (302) 468-5700
brian.biggs@dlapiper.com
erin.larson@dlapiper.com

*Attorneys for Defendants TeamViewer US,*
*Inc. and TeamViewer GmbH*

# EXHIBIT 1

# UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/019,142 | 12/23/2022 | RE46386 | 414731-000001 | 1252 |

7590    10/10/2024

Hatch Law PC
13323 W. Washington blvd.
Suite 302
Los Angeles, CA 90066

| EXAMINER |
|---|
| WOOD, WILLIAM H |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 10/10/2024 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.



**UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

DLA PIPER LLP US - RESTON
ATTN: PATENT GROUP
11911 FREEDOM DR.
SUITE 300
RESTON, VA 20190

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/019,142* .

PATENT UNDER REEXAMINATION  *RE46386* .

ART UNIT *3992* .

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| *Notice of Intent to Issue Ex Parte Reexamination Certificate* | **Control No.** 90/019,142 | **Patent Under Reexamination** RE46386 |
|---|---|---|
| | **Examiner** WILLIAM H WOOD | **Art Unit** 3992 | **AIA Status** No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

1. ☑ Prosecution on the merits is (or remains) closed in this *ex parte* reexamination proceeding. This proceeding is subject to reopening at the initiative of the Office or upon petition. *Cf.* 37 CFR 1.313(a). A Certificate will be issued in view of
   (a) ☑ Patent owner's communication(s) filed: <u>08/19/2024</u>.
   (b) ☐ Patent owner's failure to file an appropriate timely response to the Office action mailed: _____.
   (c) ☐ Patent owner's failure to timely file an Appeal Brief (37 CFR 41.31).
   (d) ☐ The decision on appeal by the ☐ Board of Patent Appeals and Interferences ☐ Court dated _____
   (e) ☐ Other: _____.

2. The Reexamination Certificate will indicate the following:
   (a) Change in the Specification: ☐ Yes ☑ No
   (b) Change in the Drawing(s): ☐ Yes ☑ No
   (c) Status of the Claim(s):
      (1) Patent claim(s) confirmed: <u>25 and 27</u>.
      (2) Patent claim(s) amended (including dependent on amended claim(s)): _____
      (3) Patent claim(s) canceled: _____.
      (4) Newly presented claim(s) patentable: _____.
      (5) Newly presented canceled claims: _____.
      (6) Patent claim(s) ☐ previously ☐ currently disclaimed: _____
      (7) Patent claim(s) not subject to reexamination: <u>1-24,26 and 28-35</u>.

3. ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

4. ☐ Note the attached statement of reasons for patentability and/or confirmation. Any comments considered necessary by patent owner regarding reasons for patentability and/or confirmation must be submitted promptly to avoid processing delays. Such submission(s) should be labeled: "Comments On Statement of Reasons for Patentability and/or Confirmation."

5. ☐ Note attached NOTICE OF REFERENCES CITED (PTO-892).

6. ☐ Note attached LIST OF REFERENCES CITED (PTO/SB/08 or PTO/SB/08 substitute).

7. ☐ The drawing correction request filed on _____ is: ☐approved ☐disapproved.

8. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).
   a) ☐ All   b) ☐ Some*   c) ☐None of the certified copies have
      ☐been received.
      ☐not been received.
      ☐been filed in Application No. _____.
      ☐been filed in reexamination Control No. _____.
      ☐been received by the International Bureau in PCT Application No. _____.

   * Certified copies not received: _____.

9. ☐ Note attached Examiner's Amendment.

10. ☐ Note attached Interview Summary (PTO-474).

11. ☐ Other: _____.

**All correspondence** relating to this reexamination proceeding should be directed to the **Central Reexamination Unit** at the mail, FAX, or hand-carry addresses given at the end of this Office action.

| /William H. Wood/ Primary Examiner, Art Unit 3992 | |
|---|---|

cc: Requester (if third party requester)

### STATEMENT OF REASONS FOR PATENTABILITY AND/OR CONFIRMATION

Claims subject to reexamination: 25 and 27.

Claims patentable/confirmed: 1-24, 26, and 28-35.


### *Notice of Pre-AIA or AIA Status*

The present application is being examined under the pre-AIA first to invent provisions.


### *Response to Arguments*

Patent Owner's arguments filed 08/19/2024 (herein *Remarks*; and including the Declaration of Dr. Michael Shamos of the same date) have been fully considered and are persuasive with regard to the failure by the cited prior art to show the limitation "wherein the data corresponding to the update to the user instance was generated by the agent server corresponding to the updated user instance." *(Remarks: pages 33-35)*. As such, it is unnecessary to reach any further conclusion regarding the arguments presented in the *Remarks*. Therefore, the rejections of independent claim 25 under *Price* and *Adachi* have been withdrawn. The independent claim 27 rejections are withdrawn for similar reasons.


### *Statement of Reasons for Patentability and/or Confirmation*

The following is an examiner's statement of reasons for patentability/confirmation: the cited prior art of record does not teach or reasonably suggest the combined limitations of the independent claim 25. For example, *Price*, alone or in combination with *Adachi*, does not show in combination with the other limitations of claim 25: "wherein the data corresponding to the update to the user instance was generated by the agent server corresponding to the updated user instance." Independent claim 27 is patentable/confirmable for the same reasons as for claim 25. The best citations of *Price* cannot clearly be said to show an agent server "generating" the data in question.

Application/Control Number: 90/019,142                                                    Page 3
Art Unit: 3992

Any comments considered necessary by applicant must be submitted no later than the payment

of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such

submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."


*Correspondence Information*

Any inquiry concerning this communication or earlier communications from the examiner

should be directed to WILLIAM H WOOD whose telephone number is (571)272-3736. The examiner can

normally be reached Monday-Friday 7am-3pm.

Examiner interviews are available via telephone, in-person, and video conferencing using a

USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use

the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

Alexander Kosowski can be reached on (571)272-3744. The fax phone number for the organization

where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of published or unpublished applications may be obtained from

Patent Center. Unpublished application information in Patent Center is available to registered users. To

file and manage patent submissions in Patent Center, visit: https://patentcenter.uspto.gov. Visit

https://www.uspto.gov/patents/apply/patent-center for more information about Patent Center and

https://www.uspto.gov/patents/docx for information about filing in DOCX format. For additional

questions, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like

assistance from a USPTO Customer Service Representative, call 800-786-9199 (IN USA OR CANADA) or

571-272-1000.


/William H. Wood/
Reexamination Specialist, Art Unit 3992

Conferee:


/RSD/


/ALEXANDER J KOSOWSKI/
Supervisory Patent Examiner, Art Unit 3992

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 90/019,142 | RE46386 |
| | Examiner | Art Unit |
| | WILLIAM H WOOD | 3992 |

| ✔ | **Rejected** | - | **Cancelled** | N | **Non-Elected** | A | **Appeal** |
|---|---|---|---|---|---|---|---|
| = | **Allowed** | ÷ | **Restricted** | I | **Interference** | O | **Objected** |

| CLAIMS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Claims renumbered in the same order as presented by applicant | | | | | ☐ CPA | ☐ T.D. | | ☐ R.1.47 | |

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 02/01/2023 | 05/03/2024 | 09/27/2024 | | | | | |
| | 1 | N | N | N | | | | | |
| | 2 | N | N | N | | | | | |
| | 3 | N | N | N | | | | | |
| | 4 | N | N | N | | | | | |
| | 5 | N | N | N | | | | | |
| | 6 | N | N | N | | | | | |
| | 7 | N | N | N | | | | | |
| | 8 | N | N | N | | | | | |
| | 9 | N | N | N | | | | | |
| | 10 | N | N | N | | | | | |
| | 11 | N | N | N | | | | | |
| | 12 | N | N | N | | | | | |
| | 13 | N | N | N | | | | | |
| | 14 | N | N | N | | | | | |
| | 15 | N | N | N | | | | | |
| | 16 | N | N | N | | | | | |
| | 17 | N | N | N | | | | | |
| | 18 | N | N | N | | | | | |
| | 19 | N | N | N | | | | | |
| | 20 | N | N | N | | | | | |
| | 21 | N | N | N | | | | | |
| | 22 | N | N | N | | | | | |
| | 23 | N | N | N | | | | | |
| | 24 | N | N | N | | | | | |
| | 25 | A | ✓ | = | | | | | |
| | 26 | N | N | N | | | | | |
| | 27 | A | ✓ | = | | | | | |
| | 28 | N | N | N | | | | | |
| | 29 | N | N | N | | | | | |
| | 30 | N | N | N | | | | | |
| | 31 | N | N | N | | | | | |
| | 32 | N | N | N | | | | | |
| | 33 | N | N | N | | | | | |
| | 34 | N | N | N | | | | | |
| | 35 | N | N | N | | | | | |

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 90/019,142 | RE46386 |
| | **Examiner** | **Art Unit** |
| | WILLIAM H WOOD | 3992 |

| CPC - Searched* | | |
|---|---|---|
| Symbol | Date | Examiner |
| | | |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| Symbol | Date | Examiner |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| | | | |

\* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| Search Notes | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| P-TACTS for AIA proceedings | 01/27/2023 | /WHW/ |
| PDP (Patent Data Portal) for continuity data | 01/27/2023 | /WHW/ |
| Review Prosecution History for underlying RE46,386 (14/191,450) | 01/27/2023 | /WHW/ |
| Review IDS | 01/27/2023 | /WHW/ |
| Litigation Search | 01/27/2023 | /WHW/ |
| Review | 05/03/2024 | /WHW/ |
| Litigation Search | 09/25/2024 | /WHW/ |
| Review | 09/27/2024 | /WHW/ |

| | |
|---|---|
| | |

| *Search Notes*<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖ | Application/Control No.<br><br>90/019,142 | Applicant(s)/Patent Under Reexamination<br><br>RE46386 |
|---|---|---|
| | **Examiner**<br><br>WILLIAM H WOOD | **Art Unit**<br><br>3992 |

| Interference Search | | | |
|---|---|---|---|
| **US Class/CPC Symbol** | **US Subclass/CPC Group** | **Date** | **Examiner** |
| | | | |

| | |
|---|---|
| | |

| **Issue Classification** | **Application/Control No.** | **Applicant(s)/Patent Under Reexamination** |
|---|---|---|
| | 90/019,142 | RE46386 |
| | **Examiner** | **Art Unit** |
| | WILLIAM H WOOD | 3992 |

**CPC**

| Symbol | | | | Type | Version |
|---|---|---|---|---|---|
| G06F | / | 3 | / | 023 | F | 2013-01-01 |
| H04L | / | 67 | / | 1097 | I | 2013-01-01 |

**CPC Combination Sets**

| Symbol | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|
| | | | | | | |

| Use images from artifact folder? ◉ Yes ○ No | | |
|---|---|---|
| NONE | | **Total Claims Allowed:** |
| (Assistant Examiner)                    (Date) | | 2 |
| /William H. Wood/                    27 September 2024 | **O.G. Print Claim(s)** | **O.G. Print Figure** |
| Primary Examiner, Art Unit 3992 | | |
| (Primary Examiner)                    (Date) | 25 | 1 |

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 90/019,142 | RE46386 |
| | **Examiner** | **Art Unit** |
| | WILLIAM H WOOD | 3992 |

**INTERNATIONAL CLASSIFICATION**

**CLAIMED**

| G06F | / | 15 | / | 167 |
|---|---|---|---|---|
| G06F | / | 3 | / | 023 |

**NON-CLAIMED**

| | / | | / | |
|---|---|---|---|---|

**US ORIGINAL CLASSIFICATION**

| CLASS | SUBCLASS |
|---|---|
| | |

**CROSS REFERENCES(S)**

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | |
|---|---|---|---|---|---|
| | | | | | |

| Use images from artifact folder? ◉ Yes ◯ No | | |
|---|---|---|
| NONE | **Total Claims Allowed:** | |
| (Assistant Examiner)                    (Date) | **2** | |
| /William H. Wood/                 27 September 2024<br>Primary Examiner, Art Unit 3992 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner)                    (Date) | 25 | 1 |

| Issue Classification | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 90/019,142 | RE46386 |
| | **Examiner** | **Art Unit** |
| | WILLIAM H WOOD | 3992 |

☑ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

**CLAIMS**

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | 10 | | 19 | | 28 | | | | | | | | |
| | 2 | | 11 | | 20 | | 29 | | | | | | | | |
| | 3 | | 12 | | 21 | | 30 | | | | | | | | |
| | 4 | | 13 | | 22 | | 31 | | | | | | | | |
| | 5 | | 14 | | 23 | | 32 | | | | | | | | |
| | 6 | | 15 | | 24 | | 33 | | | | | | | | |
| | 7 | | 16 | | 25 | | 34 | | | | | | | | |
| | 8 | | 17 | | 26 | | 35 | | | | | | | | |
| | 9 | | 18 | | 27 | | | | | | | | | | |

| Use images from artifact folder? ◉ Yes ○ No | | |
|---|---|---|
| NONE | **Total Claims Allowed:** | |
| (Assistant Examiner)      (Date) | 2 | |
| /William H. Wood/     27 September 2024 | O.G. Print Claim(s) | O.G. Print Figure |
| Primary Examiner, Art Unit 3992 | | |
| (Primary Examiner)      (Date) | 25 | 1 |

| **Reexamination** | Application/Control No. 90/019,142 | Applicant(s)/Patent Under Reexamination RE46386 |
|---|---|---|
| | Certificate Date | Certificate Number C1 |

| Requester Correspondence Address: ☐    Patent Owner ☑    Third Party |
|---|
| DLA PIPER LLP US - RESTON<br>ATTN: PATENT GROUP<br>11911 FREEDOM DR.<br>SUITE 300<br>RESTON, VA 20190 |

| LITIGATION REVIEW ☑ | /WHW/<br>(examiner initials) | 22 December 2022<br>(date) |
|---|---|---|
| Case Name | | Director Initials |
| 1:18cv1572 (Aqua Connect v. TeamViewer) [open] | | |
| 8:17cv1762 (Aqua Connect v. Apple) [closed] | | |
| 1:18cv455 (Aqua Connect v. Splashtop) [closed] | | |
| 1:18cv454 (Aqua Connect v. Parallels) [closed] | | |
| 2:19cv5662 (Aqua Connect v. Shi International) [closed] | | |
| 1:19cv2286 (Aqua Connect v. TeamViewer) [open] | | |

| COPENDING OFFICE PROCEEDINGS | |
|---|---|
| TYPE OF PROCEEDING | NUMBER |
| Reexam of related patent 8,924,502 | 90/019,143 |

| | |
|---|---|
| | |

# Bibliographic Data

Application No: **90/019,142**

Foreign Priority claimed: ○ Yes  ◉ No

35 USC 119 (a-d) conditions met: ☐ Yes  ☑ No    ☐ Met After Allowance

Verified and Acknowledged: | /William H. Wood/ |    | |
Examiner's Signature    Initials

Title: | UPDATING A USER SESSION IN A MACH-DERIVED COMPUTER SYSTEM ENVIRONMENT |

| FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 12/23/2022 **RULE** | 709 | 3992 | 414731-000001 |

**APPLICANTS**

**INVENTORS**

RE46386,

STRATEGIC TECHNOLOGY PARTNERS LLC        ( PATENT OWNER), LAS VEGAS, NV, UNITED STATES

GIANNI MINUTOLI        (3RD PTY. REQ), RESTON, VA, UNITED STATES

**CONTINUING DATA**

This application is a REX of 14191450 02/27/2014 PAT RE46386

14191450 is a REI of 12586613 09/23/2009 PAT 8549093

12586613 has PRO of 61099485 09/23/2008

**FOREIGN APPLICATIONS**

**IF REQUIRED, FOREIGN LICENSE GRANTED\*\***

**\*\* MICRO ENTITY \*\***

**STATE OR COUNTRY**

**ADDRESS**

Hatch Law  PC

13323 W. Washington blvd.

Suite 302

Los Angeles, CA 90066

UNITED STATES

**FILING FEE RECEIVED**

$275

# EXHIBIT 2

# UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/019,143 | 12/23/2022 | 8924502 | 414731-000001 | 3830 |

7590          10/15/2024

Hatch Law PC
13323 W. Washington Blvd.
Suite 302
Los Angeles, CA 90066

| EXAMINER |
|---|
| WOOD, WILLIAM H |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 10/15/2024 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

**UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

DLA PIPER LLP US - RESTON
ATTN: PATENT GROUP
11911 FREEDOM DR.
SUITE 300
RESTON, VA 20190

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/019,143* .

PATENT UNDER REEXAMINATION *8924502* .

ART UNIT *3992* .

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

| *Notice of Intent to Issue Ex Parte Reexamination Certificate* | **Control No.** 90/019,143 | **Patent Under Reexamination** 8924502 |
|---|---|---|
| | **Examiner** WILLIAM H WOOD | **Art Unit** 3992    **AIA Status** No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

1. ☑ Prosecution on the merits is (or remains) closed in this *ex parte* reexamination proceeding. This proceeding is subject to reopening at the initiative of the Office or upon petition. *Cf.* 37 CFR 1.313(a). A Certificate will be issued in view of
    (a) ☑ Patent owner's communication(s) filed: 08/19/2024.
    (b) ☐ Patent owner's failure to file an appropriate timely response to the Office action mailed: _____.
    (c) ☐ Patent owner's failure to timely file an Appeal Brief (37 CFR 41.31).
    (d) ☐ The decision on appeal by the ☐ Board of Patent Appeals and Interferences ☐ Court dated _____
    (e) ☐ Other: _____.

2. The Reexamination Certificate will indicate the following:
    (a) Change in the Specification: ☐ Yes ☑ No
    (b) Change in the Drawing(s):   ☐ Yes ☑ No
    (c) Status of the Claim(s):
        (1) Patent claim(s) confirmed: 25 and 27.
        (2) Patent claim(s) amended (including dependent on amended claim(s)): _____
        (3) Patent claim(s) canceled: _____.
        (4) Newly presented claim(s) patentable: _____.
        (5) Newly presented canceled claims: _____.
        (6) Patent claim(s) ☐ previously ☐ currently disclaimed: _____
        (7) Patent claim(s) not subject to reexamination: 1-24,26 and 28-42.

3. ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

4. ☐ Note the attached statement of reasons for patentability and/or confirmation. Any comments considered necessary by patent owner regarding reasons for patentability and/or confirmation must be submitted promptly to avoid processing delays. Such submission(s) should be labeled: "Comments On Statement of Reasons for Patentability and/or Confirmation."

5. ☐ Note attached NOTICE OF REFERENCES CITED (PTO-892).

6. ☐ Note attached LIST OF REFERENCES CITED (PTO/SB/08 or PTO/SB/08 substitute).

7. ☐ The drawing correction request filed on _____ is: ☐approved ☐disapproved.

8. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☐ All   b) ☐ Some*   c) ☐None of the certified copies have
        ☐been received.
        ☐not been received.
        ☐been filed in Application No. _____.
        ☐been filed in reexamination Control No. _____.
        ☐been received by the International Bureau in PCT Application No. _____.

    * Certified copies not received: _____.

9. ☐ Note attached Examiner's Amendment.

10. ☐ Note attached Interview Summary (PTO-474).

11. ☐ Other: _____.

**All correspondence** relating to this reexamination proceeding should be directed to the **Central Reexamination Unit** at the mail, FAX, or hand-carry addresses given at the end of this Office action.

| /William H. Wood/ Primary Examiner, Art Unit 3992 | |
|---|---|

cc: Requester (if third party requester)

Application/Control Number: 90/019,143                                                    Page 2
Art Unit: 3992

### STATEMENT OF REASONS FOR PATENTABILITY AND/OR CONFIRMATION

Claims subject to reexamination: 25 and 27.

Claims patentable/confirmed: 1-24, 26, and 28-42.

#### *Notice of Pre-AIA or AIA Status*

The present application is being examined under the pre-AIA first to invent provisions.

#### *Response to Arguments*

Patent Owner's arguments filed 08/19/2024 (herein *Remarks*; and including the Declaration of Dr. Michael Shamos of the same date) have been fully considered and are persuasive with regard to the failure by the cited prior art to show the limitation "wherein the data was generated by the agent server corresponding to the updated user instance" *(Remarks: pages 34-36)*. As such, it is unnecessary to reach any further conclusion regarding the arguments presented in the *Remarks*. Therefore, the rejections of independent claim 25 under *Price* and *Adachi* have been withdrawn. The independent claim 27 rejections are withdrawn for similar reasons.

#### *Statement of Reasons for Patentability and/or Confirmation*

The following is an examiner's statement of reasons for patentability/confirmation: the cited prior art of record does not teach or reasonably suggest the combined limitations of the independent claim 25. For example, *Price*, alone or in combination with *Adachi*, does not show in combination with the other limitations of claim 25: "wherein the data was generated by the agent server corresponding to the updated user instance, wherein the data corresponding to the updated user instance comprises the user data." Independent claim 27 is patentable/confirmable for the same reasons as for claim 25. The best citations of *Price* cannot clearly be said to show an agent server "generating" the data in question.

Application/Control Number: 90/019,143                                                    Page 3
Art Unit: 3992

Any comments considered necessary by applicant must be submitted no later than the payment

of the issue fee and, to avoid processing delays, should preferably accompany the issue fee.  Such

submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."


*Correspondence Information*

Any inquiry concerning this communication or earlier communications from the examiner

should be directed to WILLIAM H WOOD whose telephone number is (571)272-3736. The examiner can

normally be reached Monday-Friday 7am-3pm.

Examiner interviews are available via telephone, in-person, and video conferencing using a

USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use

the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

Alexander Kosowski can be reached on (571)272-3744. The fax phone number for the organization

where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of published or unpublished applications may be obtained from

Patent Center. Unpublished application information in Patent Center is available to registered users. To

file and manage patent submissions in Patent Center, visit: https://patentcenter.uspto.gov. Visit

https://www.uspto.gov/patents/apply/patent-center for more information about Patent Center and

https://www.uspto.gov/patents/docx for information about filing in DOCX format. For additional

questions, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like

assistance from a USPTO Customer Service Representative, call 800-786-9199 (IN USA OR CANADA) or

571-272-1000.


/William H. Wood/
Reexamination Specialist, Art Unit 3992

Application/Control Number: 90/019,143                                    Page 4
Art Unit: 3992


Conferee:

/RSD/

/ALEXANDER J KOSOWSKI/
Supervisory Patent Examiner, Art Unit 3992

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 90/019,143 | 8924502 |
| | Examiner | Art Unit |
| | WILLIAM H WOOD | 3992 |

| ✓ | **Rejected** | | - | **Cancelled** | | N | **Non-Elected** | | A | **Appeal** |
|---|---|---|---|---|---|---|---|---|---|---|
| = | **Allowed** | | ÷ | **Restricted** | | I | **Interference** | | O | **Objected** |

| CLAIMS | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ Claims renumbered in the same order as presented by applicant | | | | | ☐ CPA | ☐ T.D. | ☐ R.1.47 | | | |

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 02/01/2023 | 05/08/2024 | 09/27/2024 | | | | | | |
| | 1 | N | N | N | | | | | | |
| | 2 | N | N | N | | | | | | |
| | 3 | N | N | N | | | | | | |
| | 4 | N | N | N | | | | | | |
| | 5 | N | N | N | | | | | | |
| | 6 | N | N | N | | | | | | |
| | 7 | N | N | N | | | | | | |
| | 8 | N | N | N | | | | | | |
| | 9 | N | N | N | | | | | | |
| | 10 | N | N | N | | | | | | |
| | 11 | N | N | N | | | | | | |
| | 12 | N | N | N | | | | | | |
| | 13 | N | N | N | | | | | | |
| | 14 | N | N | N | | | | | | |
| | 15 | N | N | N | | | | | | |
| | 16 | N | N | N | | | | | | |
| | 17 | N | N | N | | | | | | |
| | 18 | N | N | N | | | | | | |
| | 19 | N | N | N | | | | | | |
| | 20 | N | N | N | | | | | | |
| | 21 | N | N | N | | | | | | |
| | 22 | N | N | N | | | | | | |
| | 23 | N | N | N | | | | | | |
| | 24 | N | N | N | | | | | | |
| | 25 | A | ✓ | = | | | | | | |
| | 26 | N | N | N | | | | | | |
| | 27 | A | ✓ | = | | | | | | |
| | 28 | N | N | N | | | | | | |
| | 29 | N | N | N | | | | | | |
| | 30 | N | N | N | | | | | | |
| | 31 | N | N | N | | | | | | |
| | 32 | N | N | N | | | | | | |
| | 33 | N | N | N | | | | | | |
| | 34 | N | N | N | | | | | | |
| | 35 | N | N | N | | | | | | |
| | 36 | N | N | N | | | | | | |
| | 37 | N | N | N | | | | | | |
| | 38 | N | N | N | | | | | | |
| | 39 | N | N | N | | | | | | |
| | 40 | N | N | N | | | | | | |
| | 41 | N | N | N | | | | | | |
| | 42 | N | N | N | | | | | | |

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 90/019,143 | 8924502 |
| | **Examiner** | **Art Unit** |
| | WILLIAM H WOOD | 3992 |

| CPC - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| | | | |

\* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| Search Notes | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| P-TACTS for AIA proceedings | 02/01/2023 | /WHW/ |
| PDP (Patent Data Portal) for continuity data | 02/01/2023 | /WHW/ |
| Review Prosecution History for underlying 8,924,502 (14/035,917) | 02/01/2023 | /WHW/ |
| Review IDS | 02/01/2023 | /WHW/ |
| Litigation Search | 02/01/2023 | /WHW/ |
| Reviewed | 05/08/2024 | /WHW/ |
| Litigation Search | 09/25/2024 | /WHW/ |
| Reviewed | 09/27/2024 | /WHW/ |

| | |
|---|---|
| | |

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 90/019,143 | 8924502 |
| | **Examiner** | **Art Unit** |
| | WILLIAM H WOOD | 3992 |

| **Interference Search** | | | |
|---|---|---|---|
| **US Class/CPC Symbol** | **US Subclass/CPC Group** | **Date** | **Examiner** |
| | | | |

|  ***Reexamination*** | Application/Control No. 90/019,143 | Applicant(s)/Patent Under Reexamination 8924502 |
|---|---|---|
| | Certificate Date | Certificate Number C1 |

| Requester Correspondence Address: ☐    Patent Owner ☑    Third Party |
|---|
| DLA PIPER LLP US - RESTON ATTN: PATENT GROUP 11911 FREEDOM DR. SUITE 300 RESTON, VA 20190 |

| LITIGATION REVIEW ☑ | /WHW/ (examiner initials) | 22 December 2022 (date) |
|---|---|---|
| Case Name | | Director Initials |
| 1:18cv1572 (Aqua Connect v. TeamViewer) [open] | | |
| 8:17cv1762 (Aqua Connect v. Apple) [closed] | | |
| 1:18cv455 (Aqua Connect v. Splashtop) [closed] | | |
| 1:18cv454 (Aqua Connect v. Parallels) [closed] | | |
| 2:19cv5662 (Aqua Connect v. Shi International) [closed] | | |
| 1:19cv2286 (Aqua Connect v. TeamViewer) [open] | | |

| COPENDING OFFICE PROCEEDINGS | |
|---|---|
| TYPE OF PROCEEDING | NUMBER |
| Reexamination of related patent RE46,386 | 90/019,142 |

| | |
|---|---|
| | |

| Issue Classification | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 90/019,143 | 8924502 |
| | **Examiner** | **Art Unit** |
| | WILLIAM H WOOD | 3992 |

**CPC**

| Symbol | | | | | Type | Version |
|---|---|---|---|---|---|---|
| H04L | / | 67 | / | 1097 | F | 2013-01-01 |
| G06F | / | 3 | / | 023 | I | 2013-01-01 |

**CPC Combination Sets**

| Symbol | | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Use images from artifact folder? ◉ Yes ◯ No | | |
|---|---|---|
| NONE | **Total Claims Allowed:** | |
| (Assistant Examiner)                    (Date) | 2 | |
| /William H. Wood/                 27 September 2024 | **O.G. Print Claim(s)** | **O.G. Print Figure** |
| Primary Examiner, Art Unit 3992 | | |
| (Primary Examiner)                    (Date) | 25 | 1 |

| Issue Classification | Application/Control No. 90/019,143 | Applicant(s)/Patent Under Reexamination 8924502 |
|---|---|---|
| | Examiner WILLIAM H WOOD | Art Unit 3992 |

**INTERNATIONAL CLASSIFICATION**

**CLAIMED**

| G06F | | 15 | | 167 |
|---|---|---|---|---|

**NON-CLAIMED**

| | | |
|---|---|---|

**US ORIGINAL CLASSIFICATION**

| CLASS | SUBCLASS |
|---|---|
| | |

**CROSS REFERENCES(S)**

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

| Use images from artifact folder? ⦿ Yes ○ No | | |
|---|---|---|
| NONE | | **Total Claims Allowed:** |
| (Assistant Examiner)                    (Date) | | 2 |
| /William H. Wood/ Primary Examiner, Art Unit 3992    27 September 2024 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner)                    (Date) | 25 | 1 |

| Issue Classification | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 90/019,143 | 8924502 |
| | **Examiner** | **Art Unit** |
| | WILLIAM H WOOD | 3992 |

☑ Claims renumbered in the same order as presented by applicant   ☐ CPA   ☐ T.D.   ☐ R.1.47

**CLAIMS**

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | 10 | | 19 | | 28 | | 37 | | | | | | |
| | 2 | | 11 | | 20 | | 29 | | 38 | | | | | | |
| | 3 | | 12 | | 21 | | 30 | | 39 | | | | | | |
| | 4 | | 13 | | 22 | | 31 | | 40 | | | | | | |
| | 5 | | 14 | | 23 | | 32 | | 41 | | | | | | |
| | 6 | | 15 | | 24 | | 33 | | 42 | | | | | | |
| | 7 | | 16 | | 25 | | 34 | | | | | | | | |
| | 8 | | 17 | | 26 | | 35 | | | | | | | | |
| | 9 | | 18 | | 27 | | 36 | | | | | | | | |

| Use images from artifact folder?  ◉ Yes  ○ No | | |
|---|---|---|
| NONE | **Total Claims Allowed:** | |
| (Assistant Examiner)                    (Date) | 2 | |
| /William H. Wood/                    27 September 2024 | O.G. Print Claim(s) | O.G. Print Figure |
| Primary Examiner, Art Unit 3992 | | |
| (Primary Examiner)                    (Date) | 25 | 1 |

# Bibliographic Data

Application No:    90/019,143

| | | | |
|---|---|---|---|
| Foreign Priority claimed: | ○ Yes  ● No | | |
| 35 USC 119 (a-d) conditions met: | ☐ Yes  ☑ No | ☐ Met After Allowance | |
| Verified and Acknowledged: | /William H. Wood/ | | |
| | Examiner's Signature | Initials | |
| Title: | SYSTEM, METHOD AND COMPUTER PROGRAM PRODUCT FOR UPDATING A USER SESSION IN A MACH-DERIVED SYSTEM ENVIRONMENT | | |

| FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 12/23/2022 | 709 | 3992 | 414731-000001 |
| **RULE** | | | |

**APPLICANTS**

**INVENTORS**

8924502,

STRATEGIC TECHNOLOGY PARTNERS LLC          ( PATENT OWNER), LAS VEGAS, NV, UNITED STATES

GIANNI MINUTOLI          ( 3RD PTY. REQ), RESTON, VA, UNITED STATES

**CONTINUING DATA**

This application is a REX of 14035917 09/24/2013 PAT 8924502

14035917 is a CON of 12586613 09/23/2009 PAT 8549093

12586613 has PRO of 61099485 09/23/2008

**FOREIGN APPLICATIONS**

**IF REQUIRED, FOREIGN LICENSE GRANTED\*\***

**STATE OR COUNTRY**

**ADDRESS**

Hatch Law PC

13323 W. Washington Blvd.

Suite 302

Los Angeles, CA 90066

UNITED STATES

**FILING FEE RECEIVED**

$0