# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AQUA CONNECT, INC. a Nevada corporation, and STRATEGIC TECHNOLOGY PARTNERS, LLC, a Nevada limited liability company,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>TEAMVIEWER US, INC.,<br><br>　　　　　　　Defendant. | C.A. No. 18-01572-MN<br><br>**LEAD CASE** |
| AQUA CONNECT, INC., a Nevada corporation, and STRATEGIC TECHNOLOGY PARTNERS, LLC, a Nevada limited liability company,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>TEAMVIEWER GERMANY GMBH,<br><br>　　　　　　　Defendant. | C.A. No. 19-2286-MN |

### STIPULATION AND ORDER REGARDING TRIAL SCHEDULE

Pursuant to Oral Order re [315 Joint Status Report (D.I. 23), Plaintiffs Aqua Connect, Inc. and Strategic Technology Partners, LLC (collectively, "Aqua Connect" or "Plaintiffs") and defendants TeamViewer US, Inc. and TeamViewer GmbH (collectively, "TeamViewer" or "Defendants") the parties hereby stipulate to the following pretrial and trial schedule on damages.

| Event | Date |
|---|---|
| TeamViewer's Production of Supplemental Financial Information | November 22, 2024 |

| | |
|---|---|
| Aqua Connect to serve supplemental damages expert report. Such report shall be limited to revisions that reflect the Court's opinion in its post-trial Memorandum Opinion (D.I. 296) and TeamViewer's supplemental financial information. | December 20, 2024 |
| TeamViewer to serve rebuttal supplemental damages expert report. Such report shall be limited to rebutting the opinions offered in Aqua Connect's supplemental damages report. | January 17, 2025 |
| Pretrial disclosures, including motions *in limine*, joint witness lists, joint exhibit lists, joint jury instructions, and joint verdict form. | April 1, 2025 |
| Pretrial Conference | April 15, 2025 |
| Jury Trial (3-days): Each side shall have a total of 5 hours with no additional time for opening and closing statements. | April 23, 2025 |

SO ORDERED this 20th day of November 2024

_____
The Honorable Maryellen Noreika
United States District Judge

Respectfully submitted

November 19, 2024

| **STAMOULIS & WEINBLATT LLC** | **DLA PIPER LLP (US)** |
|---|---|
| */s/ Stamatios Stamoulis* | */s/ Brian A. Biggs* |
| Stamatios Stamoulis (DE Bar No. 4606) | Brian A. Biggs (DE Bar No. 5591) |
| Richard C. Weinblatt (DE Bar No. 5080) | Erin E. Larson (DE Bar No. 6616) |
| Two Fox Point Centre | 1201 North Market Street, Suite 2100 |
| 6 Denny Road, Suite 307 | Wilmington, DE 19801 |
| Wilmington, DE 19809 | Tel: (302) 468-5700 |
| Tel: (302) 999-1540 | brian.biggs@dlapiper.com |
| Stamoulis@swdelaw.com | erin.larson@dlapiper.com |
| Weinblatt@swdelaw.com | |

**OF COUNSEL:** (left column)

Ryan E. Hatch (admitted *pro hac vice*)
**HATCH LAW, PC**
13323 Washington Blvd., Suite 302
Los Angeles, CA 90066
Tel: 310-279-5076
ryan@hatchlaw.com

Lawrence M. Hadley (admitted *pro hac vice*)
Stephen Underwood (admitted *pro hac vice*)
**GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP**
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Tel: 310.553.3000
lhadley@glaserweil.com
sunderwood@glaserweil.com

*Attorneys for Plaintiff Aqua Connect, Inc., and Strategic Technology Partners, LLC*

**OF COUNSEL:** (right column)

Michael Jay (admitted *Pro Hac Vice*)
**DLA Piper LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Telephone: (310) 595-3000
Facsimile: (310) 595-3300
michael.jay@us.dlapiper.com

Paul Steadman (admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
West Lake Street, Suite 900
Chicago, IL 60606-0089
Telephone: (312) 368-2135
Facsimile: (312) 251-2850
paul.steadman@us.dlapiper.com

William L. Bartow (admitted *Pro Hac Vice*)
**DLA Piper LLP (US)**
1650 Market Street, Suite 4900
Philadelphia, PA 19103
Telephone: (215) 665-3300
william.bartow@us.dlapiper.com

Gianni Minutoli (admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
11911 Freedom Dr., Suite 300

Reston, BA 20190
Telephone: (703) 773-4045
Facsimile: (703) 773-5019
gianni.minutoli@us.dlapiper.com

Benjamin Mueller (admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Telephone: (312) 368-4008
benjamin.mueller@us.dlapiper.com

*Attorneys for Defendants TeamViewer US, Inc. and TeamViewer Germany GmbH*